# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MICHELLE LISIECKI,<br><br>                      Plaintiff,<br><br>v.<br><br>MARKOFF LAW, LLC,<br><br>                      Defendant. | Case No. 19-CV-479-JPS<br><br><br>**ORDER** |

On April 2, 2019, Plaintiff filed this complaint alleging violations of the Fair Debt Collections Practices Act and Wisconsin state law. (Docket #1). That same day, Plaintiff filed a motion to certify class, stay class certification, and grant relief from the automatic briefing requirements. (Docket #3). On April 3, 2019, a summons was issued as to Defendant. On June 4, 2019, Plaintiff filed a notice of voluntary dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs. (Docket #4). Defendant has not served an answer or response to the complaint or a motion for summary judgment. Therefore, the Court will adopt Plaintiff's notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #4) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion to certify class, stay class certification, and grant relief from the automatic briefing requirements (Docket #3) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** this action be and the same is hereby **DISMISSED with prejudice**, each side to bear its own costs.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2019.

BY THE COURT:

J.P Stadtmueller
U.S. District Judge